IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PHILLIP STRINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-00509-N |
| | ) | |
| VOLKSWAGEN GROUP OF AMERICA, INC, et al, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This action is before the undersigned United States Magistrate Judge on Defendants' Motion to Stay Pending a Ruling by the Judicial Panel on Multidistrict Litigation (JPML) (Doc. 9). The Motion is unopposed. Doc. 9 at 1. After consideration of the pleadings, and for the reasons explained herein, the Motion to Stay is **GRANTED**.

The JPML has designated cases of this type for inclusion in MDL No. 2672 *In Re: Volkswagen 'Clean Diesel' Marketing, Sales Practices and Products Liability Litigation*. Doc. 9 at 1. On December 3, 2015, in New Orleans, Louisiana, the JPML will hear the motions to certify this and other cases for MDL handling and select the jurisdiction where the MDL cases will be transferred. *Id.*

"[A] majority of courts have concluded that it is often appropriate to stay preliminary pretrial proceedings while a motion to transfer and consolidate is pending with the MDL Panel because of the judicial resources conserved." *Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1362 (C.D. Cal. 1997); *see also Maiben v. CSX*

*Transp., Inc.*, No. 09-0125-WS-B, 2009 WL 1211186, at *1 (S.D. Ala. May 1, 2009) (staying litigation pending transfer to MDL). Accordingly, the Defendants' Motion to Stay is **GRANTED**. This action is hereby **STAYED** until the Court is notified of the JPML's decision concerning transfer. In the interim, parties are **ORDERED** to file a joint **STATUS REPORT** by the 10th day of each month updating this Court on the disposition of this case by the JPML.

    **DONE** and **ORDERED** this the 9th day of November 2015.

                              */s/ Katherine P. Nelson*
                              **KATHERINE P. NELSON**
                              **UNITED STATES MAGISTRATE JUDGE**